**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Harjit Kaur                                                                 Case No. 16-31442-KRH
1318 Bluewater Drive                                                        Chapter 7
Chester, VA 23836
SSN/ITIN:  xxx-xx-9994,

    Debtor(s).

**NOTICE OF MOTION TO EXTEND TIME
(1) TO OBJECT TO DISCHARGE AND (2) TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

    PLEASE TAKE NOTICE THAT the United States Trustee has filed with the Court a **Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. § 707** (the "Motion") in the above-captioned case.

    **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **<u>July 14, 2016</u>**, you or your attorney must:

> ( X )  File with the Court, at the address below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  You must mail or otherwise file it early enough so the Court will **receive** it on or before the date stated above.
>
>     Clerk of Court
>     United States Bankruptcy Court
>     701 East Broad Street – Suite 4000
>     Richmond, Virginia 23219

    You must also mail a copy to:

>     Shannon Pecoraro, Trial Attorney
>     Office of the United States Trustee
>     701 East Broad Street - Suite 4304
>     Richmond, VA 23219

---

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

( x )   Attend a hearing, which may be scheduled at a later date.  You will receive a separate notice of hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested.

JUDY A. ROBBINS  
United States Trustee  
Region Four

Date:  June 30, 2016

/s/ Shannon Pecoraro  
Shannon Pecoraro, Trial Attorney  
Office of the United States Trustee  
701 East Broad Street - Suite 4304  
Richmond, VA 23219  
Telephone (804) 771-2310  
Facsimile (804) 771-2330

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties.  In addition, a copy was mailed to the following:

Harjit Kaur  
1318 Bluewater Drive  
Chester, VA 23836

/s/ Shannon Pecoraro  
Shannon Pecoraro, Esq.  
Trial Attorney

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Harjit Kaur,                                               Case No. 16-31442-KRH
                                                           Chapter 7
    Debtor(s).

**MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE
AND (2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

    COMES NOW JUDY A. ROBBINS, the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee"), through the undersigned counsel and pursuant to §§ 707 and 727 of 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Bankruptcy Rules 1017(e)(1), 4004, 4007 and 9006(b) of the Federal Rules of Bankruptcy Procedure, hereby requests this Court to extend the time to object to the above-captioned Debtor's (the "Debtor") discharge and to extend time to file a motion to dismiss this case. In support of this request, the U.S. Trustee states as follows:

    1.    This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. §157(b)(2)(A) and 28 U.S.C. § 1334.

    2.    On or about March 23, 2016, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

    3.    Peter J. Barrett (the "Chapter 7 Trustee") was appointed trustee and continues to serve as trustee in this bankruptcy case.

    4.    The Chapter 7 Trustee and the U.S. Trustee have requested documents from the Debtor. The U.S. Trustee recently received documents from the Chapter 7 Trustee and is in the process of reviewing same.

---

Robert B. Van Arsdale, Esq., AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

5. The adjourned § 341 hearing is scheduled for July 25, 2016, which is after the expiration of the current deadlines under §§ 707(b) and 727.

6. Based upon the above, the U.S. Trustee requests an extension of time to file a motion to dismiss this case pursuant to Bankruptcy Code § 707 and/or to object to the Debtor's discharge pursuant to Bankruptcy Code § 727.

7. In the Schedules of Assets and Liabilities (the "Schedules"), the Debtor lists total unsecured debt of $471, 645.00.

8. On Schedule I, the Debtor lists total gross monthly income of $1,500.00 and Combined Average Monthly Income of $1,255.00.

9. The circumstances set forth above constitute sufficient cause for granting the requested extension of time.

10. There have not been any extensions of time filed in this case and the deadline expires July 1, 2016.

**WHEREFORE,** the U.S. Trustee requests this Court to extend the date to file a motion to dismiss pursuant to Bankruptcy Code § 707 and/or to object to the Debtor's discharge pursuant to Bankruptcy Code § 727 through and including, December 1, 2016, and for such other relief as this Court deems just.

Respectfully requested

JUDY A. ROBBINS
United States Trustee
Region Four

Date: June 30, 2016    By: /s/ Shannon Pecoraro
Shannon Pecoraro
Trial Attorney

**CERTIFICATE OF SERVICE**

    I do hereby certify that on June 30, 2016, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties. In addition, a copy was mailed to the following:

Harjit Kaur
1318 Bluewater Drive
Chester, VA 23836

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Harjit Kaur,                                                                    Case No. 16-31442-KRH
                                                                                       Chapter 7
    Debtor(s).

**ORDER EXTENDING TIME (1) TO FILE A COMPLAINT
TO OBJECT TO THE DISCHARGE AND (2) TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

This matter came before the Court upon the United States Trustee's Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtor's discharge or to file a motion to dismiss this case is extended through and including December 1, 2016.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

DATE                                                            KEVIN R. HUENNEKENS
                                                                       BANKRUPTCY JUDGE
                                                                       UNITED STATES BANKRUPTCY COURT

---

Robert B. Van Arsdale, Esq., AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:


   <u>/s/ Shannon Pecoraro</u>
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219


## **CERTIFICATION**

    I hereby certify that this Order has been either served on or endorsed by all necessary parties.

   <u>/s/ Shannon Pecoraro</u>
   Shannon Pecoraro, Esq.

# **SERVICE LIST**

Harjit Kaur
1318 Bluewater Drive
Chester, VA 23836

Peter J. Barrett, Chapter 7 Trustee
Kutak Rock LLP
1111 E. Main Street, Suite 800
Richmond, VA 23219

Rudolph C. McCollum, Jr., Esq.
P.O. Box 4595
Richmond, VA 23220

Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219