UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re: ) Chapter **7**
)
**Harjit Kaur** ) **16-31442-KRH**
)
Debtor )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that **W. R. Baldwin, III** and Meyer Baldwin Long & Moore LLP enter their appearance herein under Fed. R. Bankr. P. 2002 and 9010(b) and Local Rules 2002-1 and 9010-1, as co-bankruptcy counsel for the Debtor, Harjit Kaur.

The Debtor has retained the undersigned to seek the dismissal of her Chapter 7 case with prejudice to the voluntary filing of any case under Title 11, U.S. Code for a period of three years and the undersigned's services are limited to that task.

Rudolph C. McCollum, Jr., Esq., the Debtor's bankruptcy counsel, remains bankruptcy counsel for the Debtor on other matters.

The undersigned accordingly requests under Fed. R. Bankr. P. 2002 and 9007, that all notices and other papers given or required or permitted to be given and/or served be given to and served upon:

W. R. Baldwin, III, Esq.
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226

email:  billbaldwin@meyerbaldwin.com

Dated: September 15, 2016         HARJIT KAUR


By:     /s/ W. R. Baldwin, III
Of Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3338
Fax:    (804) 285-7779
Co-Counsel for Harjit Kaur

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing pleading was served by the ECF procedures of this Court on all parties subject to such procedures and on all non-ECF participants by first class mail, postage prepaid, on September 15, 2016.

                                                      /s/ W. R. Baldwin, III